1

2

3

4

5 IN UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

6 UNITED STATES OF AMERICA, )
7                                              )     Crim. No. 2:11-cr-02079-WFN-7
              Plaintiff,                    )
8                                              )     ORDER
      vs.                                   )
9                                              )
   CARLOS MENDOZA-BAEZ,      )
10                                            )
              Defendant.                  )
11 _____)

Defendant, Carlos Mendoza-Baez, by Motion and Declaration requests this Court to

12 Modify the Conditions of release allowing limited contact with his brother Gusmaro Mendoza

13
who is a co-defendant in this action.
14

15 The Court having reviewed the Motion and Declaration of counsel finds that the motion

16 is made for good cause and;

17 GRANTS Defendant's Motion to Modify the Conditions of Release allowing limited

18 contact with Defendant Gusmaro Mendoza for the purposes of residing in the separate

19 basement apartment located at 111 Sandhill Rd. on the condition that Defendant, Carlos

20
Mendoza, does not discuss this case with Gusmaro Mendoza or any other defendant named in
21
this action.
22

23 Dated this ___28___ day of September 2011.

24                                                         By the Court:

25

                                                           James P. Hutton
26                                                         Magistrate, US District Court

ORDER